*In re* DESIGNACIÓN DE MIEMBROS DE LA COMISIÓN DE REPUTACIÓN PARA EL EJERCICIO DE LA ABOGACÍA.

*Número:* EN-2005-1          *Resuelto:* 14 de marzo de 2005

## RESOLUCIÓN

En conformidad con la Regla 1(a)(1) y (a)(2) del Reglamento de la Comisión de Reputación para el Ejercicio de la Abogacía, *In re Regl. Com. Reput. Ejer. Abo.*, 146 D.P.R. 501 (1998), se designa como miembros asociados al Lcdo. Héctor Saldaña Egozcue y a la Lcda. Waleska Delgado Marrero por un término adicional de dos años.

*Esta resolución tendrá vigencia inmediata. Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo.

(*Fdo.*) Aida Ileana Oquendo Graulau
*Secretaria del Tribunal Supremo*